Received at: 11:26AM, 9/13/2006
09/13/2006 11:28 FAX                                                                 ☒002/002

FILED

06 SEP 13 PM 2:39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:   DEPUTY

1  CAROL C. LAM
   United States Attorney
2  VALERIE H. CHU
   Assistant U.S. Attorney
3  California Bar Number 241709
   880 Front Street, Room 6293
4  San Diego, California 92101-8893
   Telephone: (619) 557-7837
5
   Attorneys for Plaintiff
6  United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  Criminal Case No. 06CR0523-DMS
                                  )
11              Plaintiff,        )  Date:  September 14, 2006
                                  )  Time:  1:30 p.m.
12         v.                     )
                                  )
13 OMAR DURAN-RODRIGUEZ,          )  STIPULATION TO CONTINUE
                                  )
14              Defendant.        )

15     IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES that the evidentiary

16 hearing in the above-referenced case, currently scheduled for September 14, 2006 at 1:30 p.m., be

17 continued until September 21, 2006 at 10:30 a.m. because a government witness will be unavailable on

18 the currently calendared date. Defendant is in custody and motions are currently pending. The parties

19 agree that the time between now and September 21, 2006 is excludable under the Speedy Trial Act.

20
   SO STIPULATED.
21
   Dated: 9/11/2006                      /s/ Valerie H Chu
22                                       Valerie H. Chu
                                         Assistant U.S. Attorney
23
   Dated: 9/13/06                        /s/ for
24                                       John C. Lemon, Federal Defenders
                                         Attorney for Defendant
25
   IT IS SO ORDERED.
26
   Dated: 9-13-06                        /s/ Dana M. Sabraw
27                                       The Honorable Dana M. Sabraw
                                         United States District Judge
28